UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
TERI SANDERS,

                           Plaintiff,

    -against-

INVESCO LTD, et al.

                          Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 8428 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On February 5, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Plaintiff shall submit a schedule, detailing her income while she was employed at Invesco, Ltd. and her income since her termination by March 5, 2021.

      SO ORDERED.

Dated:    February 8, 2021                        /s/
            New York, New York         ALVIN K. HELLERSTEIN
                                                 United States District Judge