UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                  :

TERI SANDERS,                              :

                                                  :        20-CV-8428 (AKH) (GWG)
                Plaintiff,             :        ECF Case

              - against -            :

                                                  :        STIPULATION AND [PROPOSED]
                                                    :        ORDER OF DISCONTINUANCE
                                                    :        WITH PREJDICE

INVESCO, LTD., GENUENT GLOBAL, LLC,   :
and BYRON REGEJ,                            :

             Defendants.            :

---------------------------------------------------------------

      IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the above-captioned parties that, pursuant to Federal Rule of Civil Procedure 41(a), any and all claims asserted by Plaintiff Teri Sanders in the above-captioned action are hereby dismissed with prejudice, without costs to any party or against any other party.


Dated:  New York, New York
         November 23, 2021


                                                                         BANTLE & LEVY LLP

                                              By:     /s/ Lee F. Bantle
                                                           Lee F. Bantle
                                                           H. David Krauss

                                                           99 Park Avenue, Suite 1510
                                                           New York, New York 10016
                                                           Tel: 212.228.9666
                                                           bantle@civilrightsfirm.com
                                                           krauss@civilrightsfirm.com
                                                           *Attorneys for Plaintiff*

2

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ David J. Grech*
    David J. Grech, Esq.

One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
dgrech@grsm.com
*Attorneys for Defendant Genuent Global, LLC*


EPSTEIN BECKER & GREEN, P.C.

By: */s/ Lauri F. Rasnick*
    Lauri F. Rasnick, Esq.
    Adriana S. Kosovych, Esq.

875 Third Avenue
New York, New York 10022
Tel: (212) 351-4854
lrasnick@ebglaw.com
akosovych@ebglaw.com
*Attorneys for Defendants Invesco Ltd. and Byron Regej*


**SO ORDERED:**

   /s/ Alvin K. Hellerstein
_____
The Honorable Alvin K. Hellerstein
United States District Judge
    November 24, 2021